# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARREN L. REAGAN**  **PLAINTIFF**
Reg. #37109-177

v.   Case No. 4:19-cv-00152-KGB-JJV

**ARTURO RENDON, Counselor**
**FCC Forrest City;** *et al.*,  **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice the following claims by plaintiff Darren Reagan: (1) the official-capacity claims; (2) the personal property claims; (3) the failure to follow policy claims; (4) the negligence and *respondeat superior* claims; (5) the access to the courts claims; (6) and the claims against defendants Bouleware, Rosales, Maruka, Hawkins, Houston, Tansy, Vance, Stokes, Roberts, Smith, Kimbel, Benson, Blair, White, Carter, Caraway, Cohen, Sickler, Cole, Hendrix, Jones, Minor, Melton, and Cross. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 30th day of May 2019.

_____
Kristine G. Baker
United States District Judge