# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DARREN L. REAGAN**                                                                    **PLAINTIFF**
Reg. #37109-177

v.                         Case No. 4:19-cv-00152-KGB-JJV

**ARTURO RENDON, Counselor**
**FCC Forrest City;** *et al.***,**                                                       **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 51). Plaintiff Darren L. Reagan has not filed objections to the Proposed Findings and Recommendations, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Accordingly, the Court dismisses without prejudice Mr. Reagan's complaint under Local Rule 5.5(c)(2) and for failure to prosecute under Federal Rule of Civil Procedure 41(b) (*Id.*, at 2).

The Court denies as moot defendants' motion for summary judgment (Dkt. No. 48). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So ordered this 25th day of January, 2021.

                                                                   _____
                                                                   Kristine G. Baker
                                                                   United States District Judge