IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARREN L. REAGAN**                                                                                    **PLAINTIFF**
Reg. #37109-177

v.                                       Case No. 4:19-cv-00152-KGB-JJV

**ARTURO RENDON, Counselor**
**FCC Forrest City;** *et al.*,                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darren L. Reagan's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge